PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:      peter_wolff@fd.org

Attorney for Defendant
ALTON GENJI PAO

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 03-00301 JMS |
| | ) |
| Plaintiff, | ) DEFENDANT'S RESPONSE TO |
| | ) DRAFT PRESENTENCE REPORT; |
| vs. | ) CERTIFICATE OF SERVICE |
| | ) |
| ALTON GENJI PAO, | ) Sentencing Date:  March 28, 2006 |
| | ) Time:              1:30 p.m. |
| Defendant. | ) |
| | ) |

## DEFENDANT'S RESPONSE TO DRAFT PRESENTENCE REPORT

Defendant, ALTON GENJI PAO, by and through counsel, Peter C.

Wolff, Jr., Federal Public Defender, respectfully states that he has no objections or

//

//

//

clarifications to the calculations contained in the draft presentence report dated February 9, 2006.

DATED:  Honolulu, Hawaii, February 23, 2006.

PETER C. WOLFF, JR.
Attorney for Defendant
ALTON GENJI PAO

## CERTIFICATE OF SERVICE

I, PETER C. WOLFF, JR., hereby certify that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses on February 23, 2006:

Served Electronically through CM/ECF:

MICHAEL K. KAWAHARA          michael.kawahara@usdoj.gov
Assistant United States Attorney
    Attorney for Plaintiff
    UNITED STATES OF AMERICA

Served by hand-delivery:

NEIL W. TSUKAYAMA
United States Probation Officer
300 Ala Moana Boulevard, Room C-111
Honolulu, Hawaii  96813

_____
PETER C. WOLFF, JR.
Attorney for Defendant
ALTON GENJI PAO