EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA  1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone: 541-2850
Facsimile: 541-2958
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CR. NO. 03-00301 JMS |
| ) | |
| Plaintiff,  ) | GOVERNMENT'S SENTENCING |
| ) | STATEMENT |
| vs.  ) | |
| ) | |
| ALTON GENJI PAO,  ) | Date:  March 28, 2006 |
| ) | Judge: Hon. J. Michael Seabright |
| Defendant.  ) | |
| _____) | |

GOVERNMENT'S SENTENCING STATEMENT

　　　　The government has no objections to the proposed pre-sentence report.

　　　　DATED:  March 8, 2006, at Honolulu, Hawaii.

　　　　　　　　　　　　　　　　EDWARD H. KUBO, JR.
　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　District of Hawaii


　　　　　　　　　　　　　　　　By /s/ Michael K. Kawahara
　　　　　　　　　　　　　　　　   MICHAEL K. KAWAHARA
　　　　　　　　　　　　　　　　   Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

      I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Peter C. Wolff, Jr.        peter_wolff@fd.org   March 8, 2006

Served by hand-delivery:

U.S. Probation                                March 8, 2006
District of Hawaii
Box 50111, Rm. C-126
Honolulu, HI  96850

                                          /s/ Rowena N. Kang