EDWARD H. KUBO, JR.      2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA      1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  541-2850
Facsimile:  541-2958
Mike.Kawahara@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-0301JMS |
| | ) | |
| Plaintiff, | ) | MOTION FOR DEPARTURE DOWNWARD |
| | ) | IN SENTENCING DEFENDANT |
| VS. | ) | |
| | ) | |
| ALTON GENJI PAO, | ) | Sentencing date: 3/28/06 at |
| | ) | 1:30 p.m., before the Hon. |
| Defendant. | ) | J. Michael Seabright, U.S. |
| _____ | ) | District Judge |

**MOTION FOR DOWNWARD DEPARTURE
IN SENTENCING DEFENDANT**

The United States of America, by and through its undersigned counsel, hereby moves this Honorable Court to depart downwards in imposing sentence upon defendant above-named, due to his substantial assistance to and cooperation with law enforcement authorities in the investigation or prosecution of other persons who have committed an offense.

This motion is made pursuant to 18 U.S.C. 3553(e) and U.S. Sentencing Commission Guideline 5K1.1, and is based upon the

information contained in the sealed "Factual Basis for Motion for Departure Downward in Sentencing Defendant", filed concurrently herewith.

    DATED:  Honolulu, Hawaii, March 13, 2006.

                                EDWARD H. KUBO, JR.
                                United States Attorney
                                District of Hawaii


                                By <u>/s/ Michael K. Kawahara</u>
                                    MICHAEL K. KAWAHARA
                                    Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Peter C. Wolff        peter_wolff@fd.org    March 13, 2006

    Counsel for Defendant
    Alton Genji Pao

Served by hand-delivery:

Probation Officer                            March 13, 2006
300 Ala Moana Blvd.,
Box 50111, Rm. C-126
Honolulu, HI  96850


                                              /s/ Rowena N. Kang