# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/28/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CRIMINAL 03-00301JMS-01 |
| CASE NAME: | United States of America vs. Alton Genji Pao |
| ATTYS FOR PLA: | Michael K. Kawahara |
| ATTYS FOR DEFT: | Peter C. Wolff, Jr. |
| U. S. P. O: | Terry Longboy |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Sharon Ross |
| DATE: | 3/28/2006 | TIME: | 1:35 - 1:50 |

COURT ACTION:  Sentencing to Counts 1 and 2 of the Indictment:
Factual Basis for Motion for Downward Departure in Sentencing Defendant:
United States Motion for Downward Departure in Sentencing Defendant:

Defendant present with counsel Peter Wolff.

United States Motion for Downward Departure GRANTED.

Sentencing continued to Tuesday, April 18, 2006 at 9:00 a.m.

Submitted by:   Dottie Miwa, Courtroom Manager